NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3162

EARTHA P. JOHNSON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC844E080501-I-1.

ON MOTION

## O R D E R

The Office of Personnel Management submits a motion to dismiss this petition for review as untimely filed.

The court dismissed this petition on June 3, 2009.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JUN - 9 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Eartha P. Johnson
    Richard P. Schroeder, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK